**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

OUR LADY OF VICTORY CATHOLIC CHURCH (AKA SOCIETY OF ST. PIUS X, LAS VEGAS NEVADA, INC.); ALEXANDER NILL, individually and as managing member of GUBERLAND, LLC; MARK AND JENNY-LYNNE EDINGTON; MARTIN KELLY; WILLIAM WALKER II; DAVID LEE; JAYLEEN JAVIER; AMBRE HALL; MICHAEL DOYLE; TINA AND RADFORD SMITH; JOSEPH AND KATHLEEN MERHAR; STACY STANDLEY, EACH INDIVIDUALLY; SUN CITY SUMMERLIN COMMUNITY ASSOCIATION, INC.; THE VINEYARDS COMMUNITY ASSOCIATION; SILVER STATE GOLF INDUSTRY ALLIANCE (NON-PROFIT); SPANISH TRAIL MASTER ASSOCIATION; THE CARMELS AT SPANISH TRAIL ASSOCIATION; GARDENS AT SPANISH TRAIL ASSOCIATION; INNISBROOK ESTATES AT SPANISH TRAIL ASSOCIATION; ISLANDS AT SPANISH TRAIL ASSOCIATION; THE LINKS AT SPANISH TRAIL ASSOCIATION; AND SPANISH TRAIL COUNTRY CLUB on behalf of themselves and all others similarly situated;

Plaintiffs,

v.

SOUTHERN NEVADA WATER AUTHORITY, a political subdivision of the State of Nevada; DOE INDIVIDUALS; and ROE GOVERNMENTAL ENTITIES,

Defendants.

Civil Case No.: 2:26-cv-01291-GMN-NJK

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT**

**[FIRST REQUEST]**

The above-captioned parties, by and through their undersigned counsel of record, hereby stipulate and agree, pursuant to LR IA 6-1, to extend time for Defendant Southern Nevada Water Authority ("SNWA") to respond, whether by answer or by motion, to the First Amended Complaint ("FAC") initially filed on April 21, 2026 (ECF No. 1-2), as follows:

1.     The present deadline for SNWA to respond to the FAC is May 12, 2026, pursuant to Fed. R. Civ. P. 81(c).

2.     The parties stipulate to extend the May 12, 2026, deadline by two weeks, through and including May 26, 2026.

3.     Good cause exists to grant the instant stipulation for an extension of this deadline, because Plaintiff's Emergency Motion to Remand is pending before the Court and may be resolved in the interim. Additionally, this is the first request for an extension of the same, and lead counsel for SNWA are commencing trial in state court on Friday, May 8, 2026, which will necessarily interfere with counsel's ability to draft an appropriate response to plaintiffs' 114-page FAC. In addition, SNWA's deadline to respond to Plaintiffs' Emergency Motion to Remand (ECF No. 5) was advanced to Friday, May 8, 2026, just four days prior to the current deadline to respond to the FAC. *See* (ECF No. 6) (setting briefing schedule on Emergency Motion to Remand).

4.     This stipulation is timely, as it is being made prior to the subject deadline. *See* LR IA 6-1(a). Therefore, no showing of excusable neglect is required.

/ / /   **IT IS SO ORDERED**
Dated: May 7, 2026

/ / /

_____
Nancy J. Koppe
United States Magistrate Judge

/ / /

/ / /

/ / /

2