**LEX TECNICA**
SAMUEL D. CASTOR, ESQ.
Nevada Bar No. 11532
NICHOLAS R. ANDERSON, ESQ.
Nevada Bar No. 13815
SCOTT WHITWORTH, ESQ.
Nevada Bar No. 15671
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413
service@lextecnica.com
*Attorneys for Plaintiffs*

**CLAGGETT & SYKES TRIAL LAWYERS**
MICHAEL GAYAN, ESQ.
Nevada Bar No. 11135
KATRINA STARK, ESQ.
Nevada Bar No. 16006
1160 N. Town Center Drive, Suite 200
Las Vegas, NV 89144
Phone: (702) 333-7777
Mike@Claggettlaw.com
Katrina@Claggettlaw.com

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| OUR LADY OF VICTORY CATHOLIC CHURCH (aka SOCIETY OF ST. PIUS X, LAS VEGAS NEVADA, INC.), et al.<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHERN NEVADA WATER AUTHORITY, a political subdivision of the State of Nevada; DOE INDIVIDUALS; and ROE GOVERNMENTAL ENTITIES;<br><br>Defendant. | Civil Case No.: 2:26-cv-01291<br><br>**ORDER GRANTING STIPULATION TO EXTEND BRIEFING DEADLINES FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF** |

The above-captioned parties, by and through their undersigned counsel of record, hereby stipulate and agree, pursuant to LR IA 6-1, to extend time for Plaintiffs to file their Response to Defendant's SNWA's Motion to Dismiss Plaintiffs' Amended Class Action Complaint For Injunctive and Declaratory Relief, filed on May 26, 2026 (ECF No. 18), and for SNWA to file their reply in support of the same, as follows:

1.      The current deadline for Plaintiffs to respond to SNWA's Motion to Dismiss First Amended Complaint is June 9, 2026.

2.      The parties stipulate to extend the June 9, 2026, deadline by three weeks, through and including June 30, 2026, which mirrors the extension of time that SNWA received to file their Motion to Dismiss. *See* (ECF No. 8, No. 14).

3.      Likewise, the parties stipulate to extend SNWA's reply deadline by three weeks, resulting in a reply deadline of July 28, 2026, inclusive.

4. Good cause exists to grant the instant stipulation for an extension of these deadlines given the pending pleadings, and to accommodate the parties' counsel's conflicting summer schedules and to facilitate thorough research and briefing of the issues relative to Plaintiff's First Amended Complaint. Additionally, this is the first request for an extension of this deadline – and it is commensurate with the extension Plaintiffs granted to SNWA to file the Motion to Dismiss.

5. This stipulation is timely, as it is being made prior to the subject deadline. *See* LR IA 6-1(a). Therefore, no showing of excusable neglect is required.

**IT IS SO STIPULATED.**


DATED this 8th day of June 2026.

| **LEX TECNICA** | **SPENCER FANE LLP** |
|---|---|
| /s/ *Samuel D. Castor* | /s/ *Jessica M. Lujan* |
| SAMUEL CASTOR, ESQ. | OLIVER J. PANCHERI, ESQ. (NBN #7476) |
| Nevada Bar No. 11532 | JESSICA M. LUJAN, ESQ. (NBN #14913) |
| 10161 Park Run Drive, Suite 150 | ELLSIE E. LUCERO, ESQ. (NBN #15272) |
| Las Vegas, Nevada 89145 | 300 S. 4th Street, Suite 1600 |
| | Las Vegas, Nevada 89101 |
| CLAGGETT & SYKES TRIAL LAWYERS | |
| MICHAEL GAYAN, ESQ. | WILL KEMP, ESQ. (NBN #1205) |
| Nevada Bar No. 11135 | KEMP JONES, LLP |
| KATRINA STARK, ESQ. | 3800 Howard Hughes Parkway, 17th Floor |
| Nevada Bar No. 16006 | Las Vegas, Nevada 89169 |
| 1160 N. Town Center Drive, Suite 200 | |
| Las Vegas, NV 89144 | CHAD R. FEARS, ESQ. (NBN #6970) |
| *Attorneys for Plaintiffs* | JEFFREY F. BARR, ESQ. (NBN #7269) |
| | BRENNEN D. MARSHALL (NBN #16578) |
| | EVANS FEARS SCHUTTERT MCNULTY MICKUS |
| | 6720 Via Austi Parkway, Suite 300 |
| | Las Vegas, NV 89119 |
| | *Attorneys for Defendant* |

LEX TECNICA
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 518-5535

## ORDER

Based upon the foregoing stipulation of the parties, the Court hereby GRANTS the stipulation and sets the following briefing schedule on SNWA's Motion to Dismiss (ECF No. 18):

Plaintiffs' Opposition shall be filed on or before June 30, 2026.

SNWA's Reply shall be filed on or before July 28, 2026.

**IT IS SO ORDERED:**

**DATED** this __24__ day of June, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

LEX TECNICA
10161 Park Run Drive, Sutie 150
Las Vegas, Nevada 89145
(702) 518-5535