Nicholas J. Santoro, Esq. (NBN 532)
Oliver J. Pancheri, Esq. (NBN 7476)
Jessica M. Lujan, Esq. (NBN 14913)
Ellsie E. Lucero, Esq. (NBN 15272)
**SPENCER FANE LLP**
300 S. 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 408-3401
Email: nsantoro@spencerfane.com
opancheri@spencerfane.com
jlujan@spencerfane.com
elucero@spencerfane.com

Will Kemp, Esq. (NBN 1205)
**KEMP JONES, LLP**
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Tel.: (702) 385-6000 / Fax: (702) 385-6001
Email: c.pola@kempjones.com

Chad R. Fears, Esq. (NBN 6970)
Jeffrey F. Barr, Esq. (NBN 7269)
Brennen D. Marshall, Esq. (NBN 16578)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Tel.: (702) 805-0290 / Fax: (702) 805-0291
Email: cfears@efsmmlaw.com
jbarr@efsmmlaw.com
bmarshall@efsmmlaw.com

*Attorneys for Defendant*
*Southern Nevada Water Authority*



**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

OUR LADY OF VICTORY CATHOLIC CHURCH (AKA SOCIETY OF ST. PIUS X, LAS VEGAS NEVADA, INC.); ALEXANDER NILL, individually and as managing member of GUBERLAND, LLC; MARK and JENNY-LYNNE EDDINGTON; MARTIN KELLY; WILLIAM WALKER II; DAVID LEE; JAYLEEN JAVIER; AMBRE HALL; MICHAEL DOYLE; TINA and RADFORD SMITH; JOSEPH and KATHLEEN MERHAR; STACY STANDLEY, each individually; SUN CITY SUMMERLIN COMMUNITY ASSOCIATION, INC.; THE VINEYARDS COMMUNITY ASSOCIATION; SILVER STATE GOLF INDUSTRY ALLIANCE (non-profit); SPANISH TRAIL MASTER ASSOCIATION; THE CARMELS AT SPANISH TRAIL ASSOCIATION; GARDENS AT SPANISH TRAIL ASSOCIATION; INNISBROOK ESTATES AT SPANISH TRIAL ASSOCIATION; ISLANDS AT SPANISH

**Case No. 2:26-cv-01291-GMN-NJK**

**DEFENDANT SOUTHERN NEVADA WATER AUTHORITY'S MOTION TO EXCEED PAGE LIIMITS PURSUANT TO LR 7-3(c) RELATED TO DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS**

TRIAL ASSOCIATION; THE LINKS AT SPANISH TRAIL ASSOCIATION; and SPANISH TRAIL COUNTRY CLUB, on behalf of themselves and all others similarly situated;

Plaintiffs,

v.

SOUTHERN NEVADA WATER AUTHORITY, a Political Subdivision of the State of Nevada; DOE INDIVIDUALS; and ROE GOVERNMENTAL ENTITIES;

Defendant(s).

Defendant Southern Nevada Water Authority ("SNWA"), by and through its counsel of record, hereby submits this Unopposed Motion to Exceed Page Limits pursuant to LR 7-3(c) related to its Reply in Support of Motion to Dismiss Plaintiffs' Amended Class Action Complaint for Injunctive and Declaratory Relief (the "FAC") to exceed page limits by 3 pages. This Motion is supported by the declaration of Jeffrey F. Barr, Esq.

**<u>MEMORANDUM OF POINTS & AUTHORITIES</u>**

The Court may grant motions to exceed page limits upon a showing of good cause. *See* LR 7-3(c).

Good cause exists to exceed the page limits for the Reply based upon the following:

(1) Plaintiffs' FAC is 114 pages long, contains over 600 paragraphs of allegations, is lodged on behalf of 23 individually named Plaintiffs (including class allegations), and asserts seven (7) claims for relief rooted in complex constitutional law issues.

(2) Plaintiffs' Response (ECF Nos. 18-1-22) contains nearly 500 pages of exhibits.

(3) SNWA has been unable to address the extraordinarily long FAC and Response on an individualized basis while maintaining the integrity and sufficiency of its legal arguments.

(4) The claims in this action concern issues of statewide importance, *e.g.*, southern Nevada's significant water conservation efforts during an ongoing drought, and its implementation of laws validly passed by Nevada's legislature.

/ / /

(5) Counsel for SNWA has conferred with Plaintiff's counsel regarding this request. Plaintiffs' Counsel does not oppose the instant Motion, reserving that right to file a sur-reply or motion to strike in the even the Reply raises new arguments.

Pursuant to LR 7-3(c), SNWA requires no more than 3 additional pages beyond the 12-page limit to complete its Reply in Support of Motion to Dismiss the FAC, and respectfully requests leave from the Court to file the additional pages.

Dated: July 28, 2026.

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

*/s/ Jeffrey F. Barr, Esq.*
Chad R. Fears, Esq. (NBN 6970)
Jeffrey F. Barr, Esq. (NBN 7269)
Brennen D. Marshall (NBN 16578)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

Nicholas J. Santoro, Esq. (NBN 532)
Oliver J. Pancheri, Esq. (NBN 7476)
Jessica M. Lujan, Esq. (NBN 14913)
Ellsie E. Lucero, Esq. (NBN 15272)
**SPENCER FANE LLP**
300 South 4th Street, Suite 1600
Las Vegas, NV 89101

Will Kemp, Esq. (NBN 1205)
**KEMP JONES, LLP**
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

*Attorneys for Defendant*
*Southern Nevada Water Authority*

**DECLARATION OF JEFFREY F. BARR, ESQ.**

I, Jeffrey F. Barr, Esq., do hereby declare and state as follows:

1. I am over eighteen (18) years of age, and competent to declare the matters set forth herein. If necessary, I would testify to the matters set forth herein under penalty of perjury. I make this declaration in support of the above Motion to Exceed Page Limits Related to Defendant's Reply in Support of Motion to Dismiss, pursuant to LR 7-3(c).

2. Good cause exists to exceed the page limits for a motion to dismiss in this case, as Plaintiffs' FAC is 114 pages long, contains over 600 paragraphs of allegations, is lodged on behalf of 23 individually named Plaintiffs (including class allegations), and asserts seven (7) claims for relief rooted in complex constitutional law issues.

3. Plaintiffs' Response (ECF Nos. 18-1-22) contains nearly 500 pages of exhibits. (ECF Nos. 18-1-22.)

4. Moreover, the claims in this action concern issues of statewide importance, *e.g.*, southern Nevada's significant water conservation efforts during an ongoing drought, and its implementation of laws validly passed by Nevada's legislature.

5. After making a diligent effort to trim the length of its reply to the greatest extent possible while maintaining the quality and sufficiency of its arguments, SNWA respectfully requests an additional 3 pages beyond the 12-page limit.

6. I have conferred with Plaintiffs' counsel regarding this request. Plaintiffs' Counsel does not oppose the instant Motion, reserving that right to file a sur-reply or motion to strike in the even the Reply raises new arguments.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: July 28, 2026.

*<u>/s/ Jeffrey F. Barr</u>*
JEFFREY F. BARR, ESQ.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of **DEFENDANT SOUTHERN NEVADA WATER AUTHORITY'S MOTION TO EXCEED PAGE LIIMITS PURSUANT TO LR 7-3(c) RELATED TO DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS** was served on counsel of record on this 28th day July 2026, via the Court's CM/ECF electronic filing system.

*/s/ Kaitlyn Kalloo*
An Employee of Evans Fears Schuttert McNulty Mickus